UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

QUYMINE BRYE,

     Plaintiff,

v.                         Case No.  3:25-cv-1822-TKW-ZCB

SECCHIARI, et al.,

     Defendants.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 23).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because Plaintiff's claims are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), and because Plaintiff failed to comply with the court order requiring him to pay the initial partial filing fee.  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This case is DISMISSED because Plaintiff's claims are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), and because Plaintiff failed to comply with the court order requiring him to pay the initial partial filing fee.

3.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 1st day of June, 2026.

_____

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**